The Honorable Marsha J. Pechman

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
9                                    AT SEATTLE

10  SECURITIES AND EXCHANGE COMMISSION,    Case No. C11-0096-MJP

11          Plaintiff,

            v.
12

13  ZIZHONG FAN AND ZISHEN FAN,            **PRELIMINARY INJUNCTION AND
                                           ASSET FREEZE ORDER**

           Defendants,
14

15      and

16  JUNHUA FAN,

17          Relief Defendant.

18

19

20

21

22

23

24

25

26

27

28

On January 19, 2011, plaintiff Securities and Exchange Commission filed its Complaint in this action (Dkt. No. 1), and also moved the Court to issue a temporary restraining order against defendants Zizhong Fan and Zishen Fan, and relief defendant Junhua Fan.  That same day, the Court issued a Temporary Restraining Order and Order to Show Cause re Preliminary Injunction, and set a preliminary injunction hearing for January 27.  (Dkt. No. 10.)

On January 25, 2011, based on a stipulation of the parties, the Court entered a Stipulation and Extension of Temporary Restraining Order, which rescheduled the preliminary injunction hearing to March 1, 2011, and extended the temporary restraining order pending that hearing.  (Dkt. No. 16.)

The Court has now received the Consent of Defendants and Relief Defendant to Entry of Preliminary Injunction and Asset Freeze ("Consent").  In the Consent, among other things, defendants Zizhong Fan and Zishen Fan and relief defendant Junhua Fan each: (1) entered a general appearance; (2) consented to the Court's jurisdiction over him and the subject matter of this action; (3) consented to entry of this Preliminary Injunction and Asset Freeze Order ("Order"), without admitting or denying the allegations of the Complaint (except as to jurisdiction, which each admits); (4) waived findings of fact and conclusions of law for purposes of this Order only; and (5) waived any right to appeal from this Order.

Based on the Consent, and for good cause appearing, the Court orders as follows:

## I.

IT IS HEREBY ORDERED THAT, pending a final disposition of this action, defendants Zizhong Fan and Zishen Fan and their respective officers, agents, servants, employees, attorneys, and those persons in active concert or participation with any of them, who receive actual notice of this Order, by personal service or otherwise, and each of them, are preliminarily enjoined from, directly or indirectly, in connection with the purchase or sale of securities, by use of means or instrumentalities of interstate commerce, or of the mails, with scienter:

    (a)  employing  devices, schemes, or artifices to defraud;

    (b)  making untrue statements of material fact or omitting to state material facts necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; and

(c) engaging in acts, practices, or courses of business which operate or would

operate as a fraud or deceit upon other persons, including purchasers and sellers

of securities

in violation of Section 10(b) of the Securities Exchange Act of 1934 [15 U.S.C. § 78(j)] and

Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5].

II.

IT IS FURTHER ORDERED THAT, pending a final disposition of this action, defendants

Zizhong Fan and Zishen Fan, and their respective officers, agents, servants, employees, attorneys,

and those persons in active concert or participation with any of them, who receive actual notice of

this Order, by personal service or otherwise, and each of them, are preliminarily enjoined from

transferring, assigning, selling, hypothecating, changing, wasting, dissipating, converting, concealing,

encumbering, or otherwise disposing of, in any manner, funds, assets or securities in any TD

Ameritrade account in the name of relief defendant Junhua Fan, subject only to the provisions of

Section III.b., below.

III.

IT IS FURTHER ORDERED THAT, pending a final disposition of this action, an immediate

freeze shall be placed on all monies and assets in all accounts at TD Ameritrade held in the name of

relief defendant Junhua Fan, with the following exceptions:

a. TD Ameritrade is directed and ordered to sell all securities held in any TD Ameritrade

brokerage account in the name of Junhua Fan at prevailing market prices within one

(1) business day after it receives notice of this Order; and

b. TD Ameritrade is directed and ordered to preserve all cash, including cash from

securities sales made pursuant to this Order, in such accounts in the name of Junhua

Fan until further order of this Court, provided that TD Ameritrade shall remit funds in

the accounts in excess of $753,000 in accordance with the directions of relief

defendant Junhua Fan.

In addition, TD Ameritrade is directed and ordered to invest all cash it preserves pursuant to

Section III.b., above, in any TD Ameritrade brokerage account in the name of Junhua Fan in an

interest bearing money market fund, in accordance with its usual business practices for the short-term investment of customer funds.

IV.

IT IS FURTHER ORDERED THAT, pending a final disposition of this action, defendants Zizhong Fan and Zishen Fan and relief defendant Junhua Fan, and their respective officers, agents, servants, employees, attorneys, and those persons in active concert or participation with any of them, who receive actual notice of this Order, by personal service or otherwise, and each of them, shall keep, preserve and maintain all of their books, records, papers, account statements, computers, email, electronic data, journals, data bases, calendars, hard drives, flash drives, or any other documents, materials and media (however created, produced, or stored) that relate to any of the matters raised in this proceeding.

V.

IT IS FURTHER ORDERED THAT the parties may immediately take discovery by any means authorized under the Federal Rules of Civil Procedure.

VI.

IT IS FURTHER ORDERED THAT, pursuant to Federal Rule of Civil Procedure 4(f)(3), in addition to service otherwise permitted by rule, service of all papers in this case, including without limitation all pleadings, orders, motions, discovery requests and responses, and all documents otherwise authorized by rule to be filed or served on a party, may be served by e-mail or by International Fed Ex (or by an international courier of equivalent reliability).

VII.

IT IS FURTHER ORDERED THAT the temporary restraining order issued by the Court on January 19, 2011 (Docket Item 10) and extended pursuant to the Stipulation and Extension of Temporary Restraining Order (Docket Item 16) is hereby dissolved.

VIII.

IT IS FURTHER ORDERED THAT the terms of this Order shall remain in force until further order by this Court.

Dated this 14th day of February, 2011

Marsha J. Pechman
United States District Judge